**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MOSES CLARY, | : | Hon. Joseph H. Rodriguez, U.S.D.J. |
| | : | |
| Petitioner, | : | Civil Action No. 16-cv-4026 (JHR) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | **MEMORANDUM ORDER** |
| | : | |
| Respondent. | : | |
| | : | |

It appearing that:

1.  Currently pending before this Court is Petitioner Moses Clary's ("Petitioner") *pro se* motion to vacate sentence pursuant to 28 U.S.C. § 2255 ("Petition").  [Dkt. Nos. 1, 9.]

2.  On August 19, 2020, this Court entered an Order requiring Respondent to provide a copy of: (1) the superseding indictment; (2) plea agreement; (3) plea hearing transcript; (4) sentencing transcript; and (5) judgment of conviction, within 14 days. [Dkt. No. 20.]

3.  As of today's date, Respondent has failed to do so.  Accordingly, the Court will again order Respondent to provide the above-refenced documents.  In addition to electronic service, the Court will also direct the Clerk to serve a hard copy of this Order on Respondent via certified mail.  Should Respondent again fail to properly respond, Respondent may be required to show cause via video conference for his non-compliance with the Court's orders.

Therefore,

IT IS on this 29th day of October, 2020 hereby

ORDERED that within 30 days of the date of this Order, Respondent shall submit a copy of the following: (1) the superseding indictment; (2) plea agreement; (3) plea hearing transcript; (4) sentencing transcript; and (5) judgment of conviction; and it is further

ORDERED that the Clerk of the Court is directed to serve an electronic copy of this Order on Respondent via CM/ECF, as in the normal course; however, the Clerk shall also serve a hard copy of this Order on Respondent via certified mail, return receipt requested; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner via regular mail.

/s/ Joseph H. Rodriguez_____
HON. JOSEPH H. RODRIGUEZ
United States District Judge